tion for leave to appeal to the Court of Appeals denied, without costs. See, also, 133 N. Y. Supp. 768, 1150.

WING, Respondent, v. EDMEAD, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Frank L. Wing against Samuel F. Edmead. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

WINITSKY, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Ida Winitsky, as administratrix, etc., against the New York State Railways. No opinion. Judgment and order affirmed, with costs.

WITHERBEE et al., Appellants, v. BOWLES et al., Respondents. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Alfred S. Witherbee and another against Thomas H. Bowles and another. S. Untermyer, for appellants. H. S. Hertwig, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 407, 126 N. Y. Supp. 954.

WNUCK, v. WISEHOON et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Adolph Wnuck, as administrator, etc., of Herman Skrobuck, deceased, against Charles F. Wisehoon and others, individually and as copartners, doing business under the firm name and style of Charles F. Wisehoon & Son, and John P. Hier. No opinion. Order affirmed, with $10 costs and disbursements.

WOLF et al., Respondents, v. BRODY, ADLER & KOCH CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Louis Wolf and others against the Brody, Adler & Koch Company. L. M. Isaacs, for appellant. A. Freyer, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

WRIGHT v. McCONNELL et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Edward C. Wright, as executor and trustee, etc., of Elizabeth Lowerre, deceased, against Almira E. McConnell and others. No opinion. Judgment and order affirmed, with costs.

YAGER, Appellant, v. RICHELSON, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by William H. Yager, as sole surviving member of the firm of W. H. Yager & Co., against Joe Richelson. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff, on payment of the costs in this court and in the court below, to withdraw the demurrer to defendant's counterclaim and reply thereto.

YATES, Respondent, v. VILLAGE OF ARCADE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Allen Yates against the Village of Arcade, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNG v. BROWER. SIRE v. BROWNING. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Actions by James B. Young against Edwin S. Brower and by Meyer L. Sire against Edward F. Browning. No opinions. Motions granted, unless appellants comply with terms stated in order. Orders filed.

LONG ISLAND R. CO., Appellant, v. SHERWOOD et al., Respondents. (Supreme Court, Appellate Division, Second Department. November, 1911.) Action by the Long Island Railroad Company against James K. O. Sherwood and others. See, also, 98 N. E. ——.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR and RICH, JJ., dissent.

In re SNITKIN. (Supreme Court, Appellate Division, First Department. November, 1911.) In the matter of Leonard A. Snitkin. No opinion. See memorandum per curiam. See, also, 133 N. Y. Supp. 1144.

SPRINGS et al. v. HANOVER NAT. BANK. (Supreme Court, Appellate Division, First Department. June, 1911.) Action by Richard A. Springs and others against the Hanover National Bank. No opinion. Motion for leave to appeal to Court of Appeals (from 145 App. Div. 188, 130 N. Y. Supp. 87) denied, with $10 costs. See memorandum per curiam. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1131.

WATERMAN, Respondent, v. WATERMAN, Appellant. (Supreme Court, Appellate Division, Third Department. November, 1911.) Action by Grace E. Van A. Waterman against Theodore H. Waterman. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 N. Y. Supp. 1149.

END OF CASES IN VOL. 133

*